UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    Plaintiff,    )<br>    )<br>vs.    )<br>    )<br>SEAN McGILVERY,    )<br>    Defendant.    )<br>    ) | No. 3:13 mj 3044 DGW |

## MOTION TO RECONSIDER DETENTION ORDER

COMES NOW defendant, Sean McGilvery, by and through his attorney, Rodney H. Holmes and moves this Court to reconsider the Order of Detention in this case. In support defendant states the following:

1. Counsel has been in contact with the S.M.A.R.T.S. Program. They have indicates that they have beds available for residential drug treatment;

2. They will conducting a telephone interview of defendant today or tomorrow, June, 10 or 11, 2013 prior to making a final determination regarding defendant's admission to the program;

3. Additionally, defendant's family has provided the names of several family members with stable homes that are willing to accept him into their residence with a condition of GPS monitoring and house arrest should this Court issue a bond;

4. Counsel is available for a detention hearing on this matter on June 20, 2013, or other dates the fit this Court's schedule.

Wherefore, defendant prays this Court grant his motion and issue an Order

1

scheduling a Detention Hearing in this matter.

Respectfully submitted,


s/ Rodney H. Holmes

_____
Rodney H. Holmes #6244551
Attorney for Defendant
P.O. Box 771098
St. Louis, MO 63177-1098
(314) 249-8713
Rdnyholmes@aol.com


## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a copy of the foregoing to be served, by the electronic filing system, upon Mr. James L. Porter, Assistant United States Attorney, on this 10th day of May, 2013.

            s/ Rodney H. Holmes

            _____